COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| | | No. 08-08-00215-CV |
| IN THE INTEREST OF Y.F., | § | |
| | | Appeal from the |
| A CHILD | § | |
| | | 383rd Judicial District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2003AG5989) |
| | § | |
| | § | |

**<u>MEMORANDUM  OPINION</u>**

This appeal is before the Court on its own motion for determination whether the appeal should be dismissed for want of jurisdiction.  Finding that Appellant did not timely file the notice of appeal, we dismiss the appeal for want of jurisdiction.

A civil appeal is perfected when the notice of appeal is filed.  TEX.R.APP.P. 26.1; *Restrepo v. First Nat'l Bank of Dona Ana County, N.M.*, 892 S.W.2d 237, 238 (Tex.App.-- El Paso 1995, no writ)(applying former TEX.R.APP.P. 40(a)(1)).  When no motion for new trial or request for findings of fact and conclusions of law is filed, the notice of appeal must be filed within thirty days after the judgment is signed.  TEX.R.APP.P. 26.1; *Restrepo*, 892 S.W.2d at 238. An untimely notice of appeal will be considered timely if it is filed within fifteen days after the due date and includes a reasonable explanation for the appellant's failure to file on the due date. *See* TEX.R.APP.P. 26.3; *Vergburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

The judgment in this case was signed March 30, 2008.  Appellant's notice of appeal was therefore due to be filed on April 29, 2008.  Appellant did not file a notice of appeal until June 9,

2008. Therefore Appellant's notice of appeal was not timely filed. By letter dated June 9, 2008, the clerk of the Court notified Appellant of our intent to dismiss the case for want of jurisdiction because the appeal had not been timely perfected. *See* TEX.R.APP.P. 42.3. On July 1, 2008, the Court received a document from Appellant which describes Appellant's concerns over the disposition of his case in the trial court, but does not address his untimely notice of appeal, and does not express grounds for continuing the appeal. Accordingly, we dismiss the appeal for want of jurisdiction.


September 18, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.